UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LLOYD GARCIA,

                                                                                                             JUDGMENT
                                                                                                             17-cv-6068(JBW)(SJB)

                      Plaintiff,

-against-

CITY OF NEW YORK,
NEW YORK CITY POLICE DEPARTMENT,
OFFICER LEWIS
POLICE OFFICER JOHN DOES 1-4,

                      Defendants.
-----------------------------------------------------------X

       An Order of Honorable Jack B. Weinstein, United States District Judge, having been filed on September 5, 2019, accepting the Report and Recommendation of Magistrate Judge Sanket J. Bulsara, dated July 231, 2019, which recommended the following: that the Defendants' motion to dismiss be granted and that Garcia's claims be dismissed with prejudice for failure to abide by Court orders and failure to prosecute; it is

       ORDERED and ADJUDGED that Defendants' motion is dismiss is granted; and that Garcia's claims are dismissed with prejudice for failure to abide by Court orders and failure to prosecute.

Dated: Brooklyn, New York                                       Douglas C. Palmer
        September 9, 2019                                           Clerk of Court

                                                          by:    */s/ Jalitza Poveda*
                                                                     Deputy Clerk